Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Chelsea Derkach; | No. |
| Plaintiff, | |
| v. | **COMPLAINT** |
| J.R. Brothers Financial, Inc.; | |
| Defendant. | (Jury Trial Demanded) |

## I.  Preliminary Statement

1.    Plaintiff brings this action for damages based upon Defendant's violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq*.   Plaintiff seeks recovery of statutory damages, actual damages, costs and attorney's fees.

## II.  JURISDICTION

2.    Jurisdiction of this Court, over this action and the parties herein, arises under 15 U.S.C. § 1692k(d) (FDCPA), and 28 U.S.C. § 1331.

Venue lies in the Phoenix Division of the District of Arizona as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

### III.  PARTIES

3.  Plaintiff resides in Maricopa County, Arizona.

4.  Plaintiff is a natural person allegedly obligated to pay a debt.

5.  Plaintiff is a "consumer" as that term is defined by FDCPA § 1692a(3).

6.  Defendant J.R. Brothers Financial, Inc. (hereinafter "JRB") is an Arizona corporation doing  business within the State of Arizona as a collection agency.

7.  JRB is licensed as a third party debt collector by the Arizona Department of Financial Institutions, license number 0006609.

8.  JRB collects or attempts to collect debts owed or asserted to be owed or due another.

9.  JRB is a "debt collector" as that term is defined by FDCPA § 1692a(6).

### IV.  Factual Allegations

10.  Prior to August 2011, Plaintiff incurred a medical bill for her children's medical care which was subsequently assigned to JRB for collection purposes.

11.  On August 8, 2011, Plaintiff received a telephone call from Kurt Alan, a collector for JRB, concerning the collection of the medical debt.

12.  Plaintiff tried to explain to Alan that her husband had lost hours at

- 2 -

work and that that was the reason the payment to the pediatric office was late.

13. As Plaintiff spoke, Alan got very rude and said that he needed the whole amount paid or nothing.

14. As Plaintiff tried to explain her situation and ask for a lower payment arrangement, Alan told Plaintiff that that was not acceptable and that he was going to "verify employment" if she did not make the payment in full right then.

15. Plaintiff told Alan that she did not have the full amount to pay that day, where upon Alan hung up.

16. Plaintiff called back to JRB and asked to speak with a supervisor.

17. Alan answered and said he was it, implying that he was a supervisor.

18. Alan again told Plaintiff that he needed payment in full that day or he would start the employment verification, and then hung up again.

19. Plaintiff called JRB back again and asked to speak with someone above Alan, and was connected with Robin Phillips.

20. Plaintiff asked if she needed to give Phillips her name or anything to look up the account, to which Phillips said "I have it."

21. Plaintiff then explained to Phillips that Alan had been rude to her and that he had threatened to garnish wages.

22. Before Plaintiff could complete her statement, Phillips got extremely upset and rude, and started yelling at Plaintiff stating "I am not going to listen to this, it is not true, you are lying."

23. When Plaintiff asked whether Alan's statements that he was going to verify employment meant that JRB was going to garnish wages, Phillips stated that she was not going to clarify anything for Plaintiff. She again called Plaintiff a liar and said she is not going to listen to her anymore.

24. Because of the heated exchange and Phillips rude demeanor, Plaintiff began to cry and started to shake horribly.

25. Plaintiff then asked Phillips to please listen to her, but Phillips just hung up.

26. Plaintiff called back and asked Phillips to please speak to her in a professional and mature manner as no one deserves to be treated the way she had been treated.

27. Phillips responded by hanging up again.

28. Plaintiff called JRB again in order to get the names and reference information and spoke with Phillips again.

29. Phillips asked "where is this going?" to which Plaintiff replied that JRB's rudeness and actions were unacceptable and someone needed to be aware of how they are treating people.

30. Plaintiff again asked Phillips to please work with her on payments, to which Phillips stated that "unfortunately you don't pay your bills and that is why we are aware of you!" She then hung up again.

31. As of the date of this complaint, JRB has not imitated an legal action against Plaintiff to collect the medical debt.

32. JRB failed to send Plaintiff any written communication concerning the medical debt.

33.   As a result and proximate cause of Defendant's actions, Plaintiff has suffered actual damages, including, but not limited to, and emotional distress.

**V.  Causes of Action**

**a. Fair Debt Collection Practices Act**

34.   Plaintiff repeats, realleges, and incorporates by reference the foregoing paragraphs.

35.   Defendant's violations of the FDCPA include, but are not necessarily limited to, 15 U.S.C. §§ 1692e, 1692e(4), 1692e(5), 1692e(10), and 1692g.

36.   As a direct result and proximate cause of Defendant's actions in violation of the FDCPA, Plaintiff has suffered actual damages.

**VI.  DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all issues so triable.

**VII.  PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests that judgment be entered against Defendant for:

a)   Actual damages under the FDCPA;

b)   Statutory damages under the FDCPA;

c)   Costs and reasonable attorney's fees pursuant to the FDCPA; and

d)   Such other relief as may be just and proper.

/ / /

/ / /

1

2          DATED  January 17, 2012 .

3

4                              s/ Floyd W. Bybee
                               Floyd W. Bybee, #012651
5                              **BYBEE LAW CENTER, PLC**
                               90 S. Kyrene Rd., Ste. 5
6                              Chandler, AZ 85226-4687
                               Office: (480) 756-8822
7                              Fax: (480) 302-4186
                               floyd@bybeelaw.com
8
                               Attorney for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25